IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 00-30176-WDS |
| | ) |
| JOHN A. ELLEBRACHT, et al. | ) |
| | ) |
| Defendant. | ) |

## MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through its attorneys, Ronald J. Tenpas, United States Attorney for the Southern District of Illinois, and Angela Scott, Assistant United States Attorney for said District, hereby requests leave to withdraw James L. Porter, as counsel in the above case and to substitute the undersigned Assistant United States Attorney, who will file an entry of appearance.

Respectfully submitted,

RONALD J. TENPAS
United States Attorney


s/Angela Scott
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 628-3730
E-mail:  Angela.Scott@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 00-30176-WDS |
| ) | |
| JOHN A. ELLEBRACHT, et al. ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2004, I electronically filed **MOTION TO SUBSTITUTE COUNSEL** with the Clerk of Court using the CM/ECF and I hereby certify that on December 8, 2004, I mailed by the United States Postal Service, the document to the following non-registered participant:

Joyce Kay Ogle #05437-025
GREENVILLE FCI
100 U.S. Highway 40
PO Box 4000
Greenville, IL 62246

        Respectfully submitted,
        RONALD J. TENPAS
        United States Attorney


        s/Angela Scott
        ANGELA SCOTT
        Assistant United States Attorney
        Nine Executive Drive
        Fairview Heights, IL  62208
        (618) 628-3700
        Fax:  (618) 628-3730
        E-mail:  Angela.Scott@usdoj.gov