7005 3110 0003 8816 2353

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Alonzo Suggs,
    Petitioner,

vs.

UNITED STATES OF AMERICA,
    Respondent.

Civil No. 04-730-WDS
Crim. No. 00-30176-WDS

**MOTION FOR EXTENSION OF TIME**

FILED JUN 0 6 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS EAST ST. LOUIS OFFICE

FILED MAY 1 3 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS EAST ST. LOUIS OFFICE

    **COMES NOW**, Petitioner, Alonzo Suggs, and moves this Honorable Court for an extension of time in which to file a notice of appeal in the instant case. In support of this, the Petitioner would show the following:

    1. On April 14th, 2008, this Honorable Court entered a final order in the case at bar, on remand from the United States court of Appeals for resentencing.

    2. The Petitioner's counsel in this matter wrote a letter to Petitioner informing him of the ruling. This letter was written by counsel on May 1st, 2008, and subsequently mailed to him on May 7th, 2008.

    3. Petitioner received this letter on May 13th, 2008, and

immediately prepared his Notice of Appeal and Motion for Extension of Time.

**CONCLUSION**

**WHEREFORE**, Petitioner respectfully requests that this Honorable Court grant this request for an extension of time and further, allow the petitioner to file the attached notice of appeal.

Respectfully submitted,

Dated: *MAY 13, 2008*

*Alonzo Suggs*
Alonzo Suggs, pro se
BOP # 27897-044
FCI Ashland
P.O. Box 6001
Ashland, KY 41105

-2-