# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| USA, | ) |
|        Plaintiff, | ) |
|        vs. | )   CASE NO. 00-30176-3-WDS |
| Alonzo Suggs, | ) |
|        Defendant. | ) |

## RECEIPT FOR RECORD OF APPEAL

The undersigned hereby acknowledges receipt of the original Record of Appeal prepared for filing with the United States District Court. ( 1 volumes of pleadings ). Exhibits and sealed documents may only be withdrawn by leave of the U. S. Court of Appeals for the Seventh Circuit on written motion.

Please acknowledge receipt by e-filing a signed copy of this receipt under appeal documents, using the event "Receipt for Record on Appeal".

Dated: November 25, 2008

                                                    Attorney for _Alonzo Suggs_

Withdrawal allowed by:

  s/Tamra Baugh
Deputy Clerk

AP-04
(7/05)